UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | 1:10-CV-01918-OWW-DLB PC |
| Plaintiff, | ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | (DOC. 2) |
| MATTHEW CATE, et al., | FILING FEE DUE WITHIN TWENTY-ONE DAYS |
| Defendants. | |

Plaintiff Garrison S. Johnson ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation, proceeding pro se.  On October 14, 2010, Plaintiff filed a motion requesting to proceed in forma pauperis in this action.

Proceedings in forma pauperis are governed by 28 U.S.C. § 1915.  Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  Plaintiff became subject to § 1915(g) on April 5, 2010, and is precluded from proceeding in forma

1

1 pauperis unless he is, at the time the complaint is filed, under
2 imminent danger of serious physical injury.[1]

3      The Court has reviewed Plaintiff's complaint and finds that
4 Plaintiff does not meet the imminent danger exception.[2] *Andrews*
5 *v. Cervantes*, 493 F.3d 1047, 1053 (9th Cir. 2007).  Because
6 Plaintiff is not under imminent danger of serious physical
7 injury, he is ineligible to proceed in forma pauperis in this
8 action, and is precluded from proceeding on his complaint absent
9 the submission of the filing fee in full.

10      Accordingly, it is HEREBY ORDERED that Plaintiff's motion to
11 proceed in forma pauperis, filed October 14, 2010, is DENIED.
12 Plaintiff is required to pay the $350.00 filing fee in full
13 within **twenty-one (21) days** from the date of service of this
14 order.  Failure to timely pay the filing fee will result in
15 dismissal of this action without prejudice.
16 IT IS SO ORDERED.

17 **Dated:   October 21, 2010**              **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE

---

[1] The Court takes judicial notice of the qualifying cases: *Johnson v. William L. MicKinney, et al.*, 2:04-cv-4080-UA-CW (C.D. Cal.) (dismissed June 21, 2004 for failure to state a claim); *Johnson v. William L. McKinney, et al.*, 2:07-cv-8018-UA-CW (C.D. Cal.) (dismissed January 30, 2008 for failure to state a claim and as frivolous); *Johnson v. Cannon, et al.*, 1:08-cv-0046-AWI-GSA (E.D. Cal.) (dismissed April 5, 2010 for failure to state a claim).
    Plaintiff also has dismissals for two other actions: *Johnson, et al. v. Brown & Williamson, et al.*, 2:97-cv-5335-DT-BQR (C.D. Cal.) (dismissed December 5, 1997), and *Johnson v. Rocha, et al.*, 4:02-cv-00384-SBA (N.D. Cal.) (dismissed December 22, 2003).  It is unclear why these two cases were dismissed.  They were thus not counted strikes pursuant to 28 U.S.C. § 1915(g).

[2] Plaintiff's claims in this action arise from an alleged violation of the Equal Protection Clause of the Fourteenth Amendment.  The Court expresses no opinion on the merits of Plaintiff's claims.

2