# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON, | CASE NO. 1:10-CV-01918-LJO-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION TO DISMISS |
| v. | |
| MATTHEW CATE, et al., | (DOC. 23) |
| Defendants. | |

Plaintiff Garrison Johnson ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against Defendants Cate and Harrington. On July 18, 2011, Defendants filed a motion to dismiss. Doc. 18. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 17, 2011, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within twenty-one days. Doc. 23. No party filed a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations, filed November 17, 2011, is adopted in full;

1

2. Defendants' motion to dismiss, filed July 18, 2011, is granted;

3. Plaintiff's complaint, filed October 14, 2010, is dismissed for failure to state a claim upon which relief may be granted; and

4. Plaintiff is granted leave to file a first amended complaint within thirty (30) days from the date of service of this order. Failure to timely file or otherwise respond to this order will result in dismissal of this action for failure to obey a court order and failure to state a claim.

IT IS SO ORDERED.

Dated:   **January 11, 2012**               /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE