# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>MATTHEW CATE, et al.,<br><br>    Defendants.<br>_____ / | CASE NO. 1:10-cv-01918-LJO-DLB PC<br><br>ORDER REGARDING DEFENDANTS' MOTION FOR CLARIFICATION (DOC. 26)<br><br>ORDER REGARDING PLAINTIFF'S MOTION CONCERNING HIS LEGAL MAIL (DOC. 28) |

    Plaintiff Garrison S. Johnson ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Defendants Matthew Cate and Kelly Harrington have appeared in this action. On February 6, 2012, Plaintiff filed his first amended complaint. Pending before the Court is 1) Defendants' motion for clarification, filed February 10, 2012, and 2) Plaintiff's motion regarding his legal mail, filed February 10, 2012. Docs. 26, 28.

    Defendants request clarification as to whether the Court will screen Plaintiff's first amended complaint pursuant to 28 U.S.C. § 1915A. The Court will screen Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A prior to issuing any scheduling order.

    Plaintiff requests that the Court direct the warden to produce proof that Plaintiff is being provided his legal mail. Doc. 28. Plaintiff contends that officers at Kern Valley State Prison, where Plaintiff is currently housed, are not providing him with his mail. Plaintiff request an investigation by the California Attorney General's Office. A review of the Court docket indicates that Plaintiff's mail was returned as undeliverable on November 28, 2011. Plaintiff

1  listed the incorrect P.O. Box for his mailing address.  Plaintiff failed to update his mailing
2  address with the Court.  The Court has since updated the P.O. Box to reflect Plaintiff's current
3  mailing address.  Plaintiff is reminded that he is under an obligation to update the Court as to his
4  mailing address.  L.R. 182(f).  Failure to do so may result in dismissal of this action for failure to
5  prosecute.  L.R. 183(b).
6      IT IS SO ORDERED.
7      Dated:   **March 16, 2012**          /s/ **Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE